Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
JONATHON CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHON CORTEZ<br><br>Defendant. | No. 1:21-cr-00285 DAD-BAM-1<br><br>STIPULATION TO CONTINUE SENTENCING;  ORDER THERON<br><br>Date:  March 28, 2022<br>Time:  9:00 am<br>Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Justin Gilio, Counsel for Plaintiff, and Marc Days, Counsel for Defendant, Jonathon Cortez, that the sentencing hearing currently set for March 14, 2022, at 9:00 a.m., may be rescheduled to March 28, 2022, at 9:00 a.m.

The requested continuance is necessary to provide probation additional time needed to prepare the presentence investigation report due to Mr. Cortez contracting the virus that causes COVID-19.  This continuance will conserve time and resources for both counsel and the court.

Because the Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

///

///

///

1

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  February 1, 2022

/s/ *Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

Dated:  February 1, 2022

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
JONATHON CORTEZ

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:  **February 1, 2022**

_____
UNITED STATES DISTRICT JUDGE