Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
JONATHON CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JONATHON CORTEZ<br><br>           Defendant. | Case No.:  1:21-cr-00285 DAD-BAM<br><br>STIPULATION FOR RETURN OF PASSPORT: ORDER |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Justin Gilio, Counsel for Plaintiff, and Marc Days, Counsel for Defendant Jonathon Cortez, that the Clerk of this Court return to Jonathon Cortez his U.S. Passport as it is no longer need to be held as a condition of pretrial release.

In support of this stipulation, the parties stipulate to the following:

1. On December 21, 2021, the Court made findings and issued an order setting conditions of release allowing Mr. Cortez to remain out of custody under terms and conditions, including the surrender of his passport.  [Dkt. 7].

2. On December 27, 2021, the Court received a U.S. Passport from Jonathon Cortez, No. 662280062.  [Dkt. 8].

3. On May 26, 2022, Mr. Cortez surrendered for service of sentence at an institution designated by the Bureau of Prisons.

4. Mr. Cortez has completed his term of incarceration and is on supervised release.

5. As Mr. Cortez is no longer under the order setting conditions of release, his passport should be returned.

|  |  |
|---|---|
| Dated: December 17, 2024 | Respectfully submitted, |
|  | Marc Days<br>Days Law Firm |
|  | */s/ Marc Days*<br>MARC DAYS<br>Attorney for Defendant<br>Jonathon Cortez |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated:  December 17, 2024 | /s/ *Justin Gilio*<br>JUSTIN GILIO<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

**IT IS SO ORDERED** that Defendant Jonathon Cortez's U.S. passport shall be returned to Defendant Jonathon Cortez forthwith.

IT IS SO ORDERED.

Dated:   **December 18, 2024**

STANLEY A. BOONE
United States Magistrate Judge